| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF LOUISIANA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **W Resources, LLC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-1122408** |
| 4. | Debtor's address | **Principal place of business**<br>**301 Main Street, Suite 810**<br>**Baton Rouge, LA 70801**<br>Number, Street, City, State & ZIP Code<br><br>**East Baton Rouge**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **W Resources, LLC.**
_____ Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Michael A. Worley** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **MDLA** | When **1/08/18** | Case number, if known **18-10017** |

Debtor **W Resources, LLC.**      Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **W Resources, LLC.**
          Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 23, 2018**
              MM / DD / YYYY

X   **/s/ Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
    Signature of authorized representative of debtor

**Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
Printed name

Title   **Manager**

**18. Signature of attorney**

X   **/s/ Paul Douglas Stewart, Jr.**
    Signature of attorney for debtor

Date   **July 23, 2018**
       MM / DD / YYYY

**Paul Douglas Stewart, Jr.**
Printed name

**Stewart Robbins & Brown, LLC**
Firm name

**301 Main Street, Suite 1640**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Number, Street, City, State & ZIP Code

Contact phone   **(225) 231-9998**   Email address

**24661 LA**
Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re    **W Resources, LLC.**                                                           Case No.
                                    Debtor(s)

# MAILING LIST

## Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

## DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising __3__ pages, is true and correct. Signed on __July 23, 2018__.**

Signed:    **/s/ Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
           **Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
           **Manager**

Signed:    **/s/ Paul Douglas Stewart, Jr.**
           **Paul Douglas Stewart, Jr.**
           **Stewart Robbins & Brown, LLC**
           **301 Main Street, Suite 1640**
           **Post Office Box 2348**
           **Baton Rouge, LA 70821**
           Telephone: **(225) 231-9998**
           Facsimile: **(225) 709-9467**
           E-Mail:
           (ATTORNEY FOR THE DEBTOR)

United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Office of District Counsel
Box 30509
New Orleans LA 70190

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington DC 20530

David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington DC 20530

Internal Revenue Service*
Box 7346
Philadelphia PA 19101-7346

Amelia WI, LLC
c/o Reginald Ringuet
302 Rue France, Suite 201
Lafayette LA 70508

Arkel International, LLC
1055 Convention Street
Baton Rouge LA 70802

Brett P. Furr
Taylor, Porter, Brooks & Phillips, LLP
451 Florida St., 8th Floor
Baton Rouge LA 70801

BTR Hanger Properties LLC
Post Office Box 80779
Baton Rouge LA 70898

Callais Capital Management, LLC
c/o David Waguespack & Peter Segrist
1100 Poydras Street, Suite 3100
New Orleans LA 70163

Chase
c/o JP Hebert
P.O. Box 52008
Lafayette LA 70503

ConocoPhillips Company
US Corporation Company
501 Louisiana Avenue
Baton Rouge LA 70802

Daniel Duke
1911 S. Oak St.
Stuttgart AR 72160

Delta Duck Farms, LLC
Dwayne M. Murray c/o L. Phillips
301 Main Street, Suite 1600
Baton Rouge LA 70801

Director of Aviation BR Airport District
9430 Jackie Cochrane Avenue
Suite 300, Terminal Building
Baton Rouge LA 70807

Edward Guidry
4855 Choctaw Rd.
Brusly LA 70719

Farmers & Merchants Bank
c/o Michelle Jacobs
721 South Main Street
Stuttgart AR 72160

First Interstate Bank
c/o Shane Coleman
401 North 31st Street, Suite 1500
Billings MT 59101

Holt Blackwell
510 Lee County Rd, 911
Moro AR 72368

Investar
c/o Patrick Johnson and Brent Wyatt
601 Poydras Street, Suite 2200
New Orleans LA 70130

Kathy Ann Cress Worley
c/o Thomas Hessburd
6700 Jefferson Highway, Bld 3
Baton Rouge LA 70809

KGW Equipment Leasing LLC
Dwayne Murray C/o L. Phillips
301 MAIN STREET SUITE 1600
Baton Rouge LA 70801

LWCC
2237 South Acadian Thruway
Baton Rouge LA 70808

Michael Lewis
PO Box 2912
Saint Francisville LA 70775

Michael Worley,
C/O Arthur A. Vingiello
13702 Coursey Blvd., Bldg. 3
Baton Rouge LA 70817

Midway Investments LLC
c/o Darryl J. Carimi
1 Hummingbird Road
Covington LA 70433

NCC Financial
Richard D. Tribe
16420 Park Ten Pl Ste 125
Houston TX 77084

Rodney Ravencraft
22731 Ligon Rd
Zachary LA 70791

Rudy Cerone
Adams & Reese
601 Poydras; 12th Floor
New Orleans LA 70130

Sabine State Bank
c/o John L. Whitehead
P. O. Box 1127
Natchitoches LA 71458

United MS Bank, c/o Stewart Peck
Christopher Caplinger, Meredith Grabill
601 Poydras Street, Suite 2775
New Orleans LA 70130

William H. Patrick
650 Poydras Street
Suite 2500
New Orleans LA 70130