Fill in this information to identify the case:

Debtor name: **W Resources, LLC.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arkel International, LLC<br>1055 Convention Street<br>Baton Rouge, LA 70802 | | Money lent | | | | $588,955.84 |
| Chase<br>c/o JP Hebert<br>P.O. Box 52008<br>Lafayette, LA 70503 | | Guaranty of unpaid debt in subsidiary. | | | | $1,919,909.00 |
| Daniel Duke<br>1911 S. Oak St.<br>Stuttgart, AR 72160 | | unpaid wages | | | | $0.00 |
| Edward Guidry<br>4855 Choctaw Rd.<br>Brusly, LA 70719 | | unpaid wages | | | | $0.00 |
| Farmers & Merchants Bank<br>c/o Michelle Jacobs<br>721 South Main Street<br>Stuttgart, AR 72160 | | Guaranty of secured obligation of wholly owned subsidiary Delta Duck Farms, LLC | | | | $4,243,793.00 |
| Holt Blackwell<br>510 Lee County Rd, 911<br>Moro, AR 72368 | | unpaid wages | | | | $0.00 |
| Michael Lewis<br>PO Box 2912<br>Saint Francisville, LA 70775 | | unpaid wages | | | | $0.00 |
| Rodney Ravencraft<br>22731 Ligon Rd<br>Zachary, LA 70791 | | unpaid wages | | | | $0.00 |

Debtor  **W Resources, LLC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sabine State Bank<br>c/o John L. Whitehead<br>P. O. Box 1127<br>Natchitoches, LA 71458** | | **Haynesville Shale mineral rights** | | **$4,562,036.97** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Middle District of Louisiana

In re  **W Resources, LLC.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **W Resources, LLC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 23, 2018** | **/s/ Paul Douglas Stewart, Jr.** |
| Date | **Paul Douglas Stewart, Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for **W Resources, LLC.** |
| | **Stewart Robbins & Brown, LLC** |
| | **301 Main Street, Suite 1640** |
| | **Post Office Box 2348** |
| | **Baton Rouge, LA 70821** |
| | **(225) 231-9998 Fax:(225) 709-9467** |