**Fill in this information to identify the case:**

Debtor name      **W Resources, LLC.**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF LOUISIANA**

Case number (if known)   **18-10798**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2018**          X **/s/ Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
                                              Signature of individual signing on behalf of debtor

                                              **Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **W Resources, LLC.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF LOUISIANA** |
| Case number (if known): | **18-10798** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arkel International, LLC 1055 Convention Street Baton Rouge, LA 70802 | | Money lent | | | | $588,955.84 |
| Baton Rouge Metro Airport 9430 Jackie Cochran Ste. 300 Terminal Building Baton Rouge, LA 70807 | | Land Rental | | | | $431.28 |
| Chase c/o JP Hebert P.O. Box 52008 Lafayette, LA 70503 | | Guaranty of unpaid debt in subsidiary. | | | | $1,919,909.00 |
| Daniel Duke 1911 S. Oak St. Stuttgart, AR 72160 | | unpaid wages | | | | $2,312.70 |
| Edward Guidry 4855 Choctaw Rd. Brusly, LA 70719 | | unpaid wages | | | | $2,305.37 |
| Entergy c/o Jon Majewski 4809 Jefferson Hwy. New Orleans, LA 70121 | | Electricity for 22730 Ligon Rd., Zachary, LA | | | | $334.43 |
| Entergy c/o Jon Majewski 4809 Jefferson Hwy. New Orleans, LA 70121 | | Electricity for 4303 Chuck Yeager Ave. Baton Rouge, LA | | | | $742.07 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **W Resources, LLC.** | | Case number *(if known)* | **18-10798** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Evanston Insurance Company 4521 Highwoods Parkway Glen Allen, VA 23060** | | **Commercial Excess Liabilty/Umbrella Coverage** | | | | **$2,081.28** |
| **Farmers & Merchants Bank c/o Michelle Jacobs 721 South Main Street Stuttgart, AR 72160** | | **Guaranty of secured obligation of wholly owned subsidiary Delta Duck Farms, LLC (disputed as management does not have a copy of the guaranty).** | **Disputed** | | | **$4,243,793.00** |
| **Hannis T Bourgeois, LLP 2322 Tremont Dr. Baton Rouge, LA 70809** | | **Accounting Services** | | | | **$14,559.55** |
| **Holt Blackwell 510 Lee County Rd, 911 Moro, AR 72368** | | unpaid wages | | | | **$2,094.89** |
| **Internal Revenue Service Memphis, TN 38101-0069** | | **Tax Period 2018** | | | | **$2,700.84** |
| **Internal Revenue Service Ogden, UT 84201-0039** | | **Tax Period March 31, 2018** | | | | **$2,693.08** |
| **Rodney Ravencraft 22731 Ligon Rd Zachary, LA 70791** | | unpaid wages | | | | **$1,726.88** |
| **Scottsdale Ins. Company 8877 North Gainey Center Dr. Scottsdale, AZ 85258** | | **Commercial General Liability** | | | | **$3,395.78** |
| **State of Arkansas, Dept. of Finance & Ad Withholding Tax Section P.O. Box 9941 Little Rock, AR 72203-9941** | | **Withholding Wage Tax - Delta Duck, LLC** | **Disputed** | | | **$537.72** |

| Debtor | **W Resources, LLC.** | | | Case number *(if known)* | **18-10798** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Woodruff Electric Cooperative Corp 3201 Highway 1 N P.O. Box 1619 Forrest City, AR 72336-1619** | | **Electricity for Delta Duck, LLC Arkansas property** | **Disputed** | | | **$523.60** |
| **Woodruff Electric Cooperative Corp 3201 Highway 1 N P.O. Box 1619 Forrest City, AR 72336-1619** | | **Electricity for Delta Duck, LLC Arkansas property** | **Disputed** | | | **$454.17** |
| **Woodruff Electric Cooperative Corp 3201 Highway 1 N P.O. Box 1619 Forrest City, AR 72336-1619** | | **Electricity for Delta Duck, LLC Arkansas property** | **Disputed** | | | **$1,806.23** |
| **XL Insurance America, Inc. 70 Seaview Ave. Stamford, CT 06902-6040** | | **Commercial Property Insurance** | | | | **$12,593.72** |

**Fill in this information to identify the case:**

Debtor name **W Resources, LLC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **18-10798**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*................................................................................    $    **47,891,997.00**

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................    $    **1,044,282.16**

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*...............................................................................    $    **48,936,279.16**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **46,365,653.90**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **14,371.48**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **6,789,908.71**

4.  **Total liabilities** ...............................................................................................
  Lines 2 + 3a + 3b        $    **53,169,934.09**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **W Resources, LLC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10798**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **IberiaBank** | **Checking** | **5995** | **$1,067.16** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $1,067.16

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 39,375.00 | - | 0.00 | = .... | $39,375.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  **W Resources, LLC.**                                        Case number *(If known)* **18-10798**
       Name

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $39,375.00 |
|---|---|

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:       % of ownership | | |
| 15.1. | **Membership interest in Remendium Labs LLC.**    **15** % | N/A | $951,840.00 |
| 15.2. | **Delta Duck Farms LLC:**<br>**owns farm at 510 Lee 911, Moro Arkansas**<br>**72368 (Monroe County)**<br>**farm is subject to multiple mortgages**<br>**Equity above mortgages is estimated**<br>**between -343,793 and +1,100,000**    **100** % | N/A | Unknown |
| 15.3. | **KGW Equipment Leasing LLC**<br>**Empty shell that held airplane until sold.**    **100** % | | $0.00 |
| 15.4. | **Minority membership interest in Pine Valley LLC.**    % | N/A | $52,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

| | $1,003,840.00 |
|---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **W Resources, LLC.**                                  Case number *(if known)*  **18-10798**
              Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**FF&E at Hangar property.** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Such equipment at Baton Rouge Hangar** | **$0.00** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
          Add lines 39 through 42.  Copy the total to line 86.                                    **$0.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
          ■ No
          ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **W Resources, LLC.** | | Case number *(If known)* **18-10798** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Airplane hanger that is Tract "F" portion of EBR Metro Airport located in Section 93, T-6-S, R-1-W, Greenburg Land District.** | Fee simple | $0.00 | N/A | $3,000,000.00 |
| 55.2. | **Land in EBR and EF Parishes around Zachary known as (a) Trahan Tract, (b) Treakle Tract, (c) Bumble Bee Ranch, (d) Lot B-1 and B-2, Eastwood Plantation, and (e) Tracts A, B and C of the Albert C. Mills, Jr. property (collectively the Large Zachary Tracts"), totalling roughly 1430.63 acres. Valued between $25,000/acre ($35,765,750) and $20,000/acre ($28,612,600), for an average estimated value of $32,189,175.00.** | Fee Simple | $0.00 | N/A | $32,189,175.00 |
| 55.3. | **Land, improvements and water rights in Granite County, MT at Township 5 North, 14 West and Township 5 North 15 West.** | Fee simple | $0.00 | Comparable sale | $11,500,000.00 |
| 55.4. | **Haynesville Shale mineral rights** | | $0.00 | | Unknown |

Debtor   **W Resources, LLC.**
Name

Case number (If known)   **18-10798**

| | | | | |
|---|---|---|---|---|
| 55.5. | **Land and improvements (5 parcels) located in and around Zachary, Louisiana, all under 15 acres (the "Small Zachary Properties", see exhibit attached hereto): Tract E-1, Albert C. Mills, Jr. on Flonacher Road (raw land) Tract B-1-B, Sherbourne Property )(raw land) Lot C, Sec 28, T-4-S - R-1-E of Greensburg Land District (Carr Property) (Raw land) 22708 Ligon Road (Lot 5-A of resub of Lots 4-A & 5 in Oak Grove Estaates Subdivision) (lot) 22730 Ligon Road, Lot 6 Oak Grove Estates and improvements (lot and empty, unmaintained house) Valued based on inspection by Dwayne M. Murray, Manager (as Chapter 11 Trustee for Michael A. Worley).** | Fee Simple | $0.00 | N/A | $1,202,822.00 |
| 55.6. | **Contract for Purchase of real property and improvements at 11468 Rue Concord and related occupancy addendum.** | | $0.00 | | Unknown |
| 55.7. | **BR Airport property leased from City/Parish.** | | $0.00 | | Unknown |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$47,891,997.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No

Debtor   **W Resources, LLC.**                                      Case number *(If known)*   **18-10798**
_____Name_____

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---:|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Tiger Den and Alex Box suites through contract with TAF.** | **Unknown** |

78.   **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---:|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **W Resources, LLC.** | Case number *(If known)* **18-10798** |
|---|---|---|
| | Name | |

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,067.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $39,375.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,003,840.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $47,891,997.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,044,282.16 | + 91b.  $47,891,997.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $48,936,279.16 |

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 1
File:  Small Zachary Tracts.pdf
Path:  I:\W Resources Schedules for BestCase

8/20/18 1:24PM

**Fill in this information to identify the case:**

Debtor name **W Resources, LLC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **18-10798**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BTR Hanger Properties LLC**<br>Creditor's Name<br><br>Post Office Box 80779<br>Baton Rouge, LA 70898<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/24/2014**<br>**Last 4 digits of account number**<br>**9616**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. BTR Hanger Properties LLC**<br>**2. Callais Capital Management, LLC** | **Describe debtor's property that is subject to a lien**<br>**Airplane hanger that is Tract "F" portion of EBR Metro Airport located in Section 93, T-6-S, R-1-W, Greenburg Land District. First on movables under recorded UCC-1**<br><br>**Describe the lien**<br>**Mortgage and UCC-1 on movables**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,249,298.53** | **$3,000,000.00** |
| **2.2** **BTR Hanger Properties LLC**<br>Creditor's Name<br><br>Post Office Box 80779<br>Baton Rouge, LA 70898<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Livestock contract payment on 10/15 in Montana.**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No | **$0.00** | **$39,375.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | W Resources, LLC. | Case number *(if know)* | **18-10798** |
| --- | --- | --- | --- |
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **BTR Hanger Properties LLC**
Creditor's Name

**Post Office Box 80779**
**Baton Rouge, LA 70898**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Minority membership interest in Pine Valley LLC.**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $52,000.00

---

**2.4** | **BTR Hanger Properties LLC**
Creditor's Name

**Post Office Box 80779**
**Baton Rouge, LA 70898**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**FF&E at Hangar property.**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | Unknown

---

**2.5** | **BTR Hanger Properties LLC**

Describe debtor's property that is subject to a lien

$0.00 | $951,840.00

---

Debtor  **W Resources, LLC.**
_____
Name

Case number (if know)  **18-10798**

---

_____
Creditor's Name

**Post Office Box 80779
Baton Rouge, LA 70898**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Midway Investments LLC
2. BTR Hanger Properties
LLC**

**Membership interest in Remendium Labs
LLC. - % Ownership: 15**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **BTR Hanger Properties LLC** | | **$0.00** | **Unknown** |

_____
Creditor's Name

**Post Office Box 80779
Baton Rouge, LA 70898**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Delta Duck Farms LLC:
owns farm at 510 Lee 911, Moro Arkansas
72368 (Monroe County)
farm is subject to multiple mortgages
Equity above mortgages is estimated
between -343,793 and +1,100,000
% Ownership: 100**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **BTR Hanger Properties LLC** | | **$0.00** | **$0.00** |

_____
Creditor's Name

**Post Office Box 80779
Baton Rouge, LA 70898**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**KGW Equipment Leasing LLC
Empty shell that held airplane until sold.
% Ownership: 100**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **W Resources, LLC.**
_____
Name

Case number *(if know)*    **18-10798**

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **BTR Hanger Properties LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Tiger Den and Alex Box suites through contract with TAF.**

$0.00     Unknown

**Post Office Box 80779**
**Baton Rouge, LA 70898**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **BTR Hanger Properties LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Contract for Purchase of real property and improvements at 11468 Rue Concord and related occupancy addendum.**

$0.00     Unknown

**Post Office Box 80779**
**Baton Rouge, LA 70898**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **W Resources, LLC.**                                          Case number (if know)   **18-10798**
         Name

| 2.10 | **BTR Hanger Properties LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **BR Airport property leased from City/Parish.** | | |

**Post Office Box 80779
Baton Rouge, LA 70898**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **BTR Hanger Properties LLC** | Describe debtor's property that is subject to a lien | $0.00 | $1,067.16 |
|---|---|---|---|---|
| | Creditor's Name | **IberiaBank - Checking - Acct# 5995** | | |

**Post Office Box 80779
Baton Rouge, LA 70898**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **BTR Hanger Properties LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Such equipment at Baton Rouge Hangar** | | |

**Post Office Box 80779
Baton Rouge, LA 70898**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 10

Debtor    **W Resources, LLC.**

Name

Case number (if know)    **18-10798**

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Callais Capital Management, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Second Mortgage on hanger that is Tract "F" portion of EBR Metro Airport located in Section 93, T-6-S, R-1-W, Greenburg Land District.**
**Judgment Lien on both Large and Small Zachary Tracts.**

**$3,840,000.00**    **$3,000,000.00**

**c/o David Waguespack & Peter Segrist**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Callais Capital Management, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Land and improvements (5 parcels) located in and around Zachary, Louisiana, all under 15 acres (the "Small Zachary Properties", see exhibit attached hereto):**
**Tract E-1, Albert C. Mills, Jr. on Flonacher Road (raw land)**
**Tract B-1-B, Sherbo**

**$0.00**    **$1,202,822.00**

**c/o David Waguespack & Peter Segrist**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Creditor's mailing address

**Describe the lien**
**Judicial Mortgage (disputed as preferential only)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |

---

Debtor  **W Resources, LLC.**     Case number (if know)  **18-10798**

Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 5 | **Callais Capital Management, LLC** | | | **$0.00** | **$32,189,175.00** |
|---|---|---|---|---|---|

Creditor's Name

**c/o David Waguespack & Peter Segrist**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Investar**
**2. NCC Financial**
**3. Callais Capital Management, LLC**

**Describe debtor's property that is subject to a lien**
**Land in EBR and EF Parishes around Zachary known as (a) Trahan Tract, (b) Treakle Tract, (c) Bumble Bee Ranch, (d) Lot B-1 and B-2, Eastwood Plantation, and (e) Tracts A, B and C of the Albert C. Mills, Jr. property (collectively the Large**

**Describe the lien**
**Judicial Mortgage (disputed as preferential only)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 6 | **Callais Capital Management, LLC** | | | **$0.00** | **$11,500,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**c/o David Waguespack & Peter Segrist**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Land, improvements and water rights in Granite County, MT at Township 5 North, 14 West and Township 5 North 15 West.**

**Describe the lien**
**Judicial Mortgage (disputed as preferential only)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **W Resources, LLC.**

Case number (if know) **18-10798**

_Name_

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

**1. First Interstate Bank**
**2. United MS Bank, c/o**
**Stewart Peck**
**3. Callais Capital**
**Management, LLC**

---

| 2.1 7 | **First Interstate Bank** | Describe debtor's property that is subject to a lien | $8,702,189.50 | $11,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Shane Coleman**
**401 North 31st Street, Suite**
**1500**
**Billings, MT 59101**

**Land, improvements and water rights in**
**Granite County, MT at Township 5 North, 14**
**West and Township 5 North 15 West.**

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**December 6, 2014**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.16**

---

| 2.1 8 | **Investar** | Describe debtor's property that is subject to a lien | $16,332,458.10 | $32,189,175.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Patrick Johnson and**
**Brent Wyatt**
**601 Poydras Street, Suite**
**2200**
**New Orleans, LA 70130**

**First Mortgage Claimed in all or part of Land**
**in EBR and EF Parishes known as (a) Trahan**
**Tract, (b) Treakle Tract, (c) Bumble Bee**
**Ranch, (d) Lot-B-2, Eastwood Plantation, and**
**(e) Tracts A, B and C of the Albert C. Mills, Jr.**
**property.**

Creditor's mailing address

Describe the lien
**First Mortgage (Disputed in part)**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**12/23/2014**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.15**

---

Debtor    **W Resources, LLC.**                              Case number (if know)    **18-10798**

Name

---

| 2.1 9 | **Midway Investments LLC** | Describe debtor's property that is subject to a lien | $0.00 | $951,840.00 |

Creditor's Name

**c/o Darryl J. Carimi
1 Hummingbird Road
Covington, LA 70433**

Creditor's mailing address

**Second position in
Membership interest in Remendium Labs
LLC.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 0 | **NCC Financial** | Describe debtor's property that is subject to a lien | $8,179,670.80 | $32,189,175.00 |

Creditor's Name

**Richard D. Tribe
16420 Park Ten Pl Ste 125
Houston, TX 77084**

Creditor's mailing address

**Land in EBR and EF Parishes around Zachary
known as (a) Trahan Tract, (b) Treakle Tract,
(c) Bumble Bee Ranch, (d) Lot B-1 and B-2,
Eastwood Plantation, and (e) Tracts A, B and
C of the Albert C. Mills, Jr. property
(collectively the Large**

Describe the lien
**Second Mortgage**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 1 | **Sabine State Bank** | Describe debtor's property that is subject to a lien | $4,562,036.97 | Unknown |

Creditor's Name

**c/o John L. Whitehead
P. O. Box 1127
Natchitoches, LA 71458**

Creditor's mailing address

**Haynesville Shale mineral rights**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

| Debtor | W Resources, LLC. | Case number (if know) | 18-10798 |
| --- | --- | --- | --- |
| | Name | | |

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 2 | United MS Bank, c/o Stewart Peck | | |
| --- | --- | --- | --- |
| | Creditor's Name | | |

**Christopher Caplinger, Meredith Grabill**
**601 Poydras Street, Suite 2775**
**New Orleans, LA 70130**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Land, improvements and water rights in Granite County, MT at Township 5 North, 14 West and Township 5 North 15 West.**

$2,500,000.00    $11,500,000.00

**Describe the lien**
**Second Mortgage (amount per creditor's counsel)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.16**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$46,365,653.90

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Brett P. Furr**<br>**Taylor, Porter, Brooks & Phillips, LLP**<br>**451 Florida St., 8th Floor**<br>**Baton Rouge, LA 70801** | Line  2.1 | |
| **Rudy Cerone**<br>**Adams & Reese**<br>**601 Poydras; 12th Floor**<br>**New Orleans, LA 70130** | Line  2.17 | |

---

**Fill in this information to identify the case:**

Debtor name **W Resources, LLC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10798**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Daniel Duke**<br>**1911 S. Oak St.**<br>**Stuttgart, AR 72160** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,312.70 | $2,312.70 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**unpaid wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Edward Guidry**<br>**4855 Choctaw Rd.**<br>**Brusly, LA 70719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,305.37 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**unpaid wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **W Resources, LLC.** | | Case number (if known) | **18-10798** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,094.89** | **$2,094.89** |
| --- | --- | --- | --- | --- |

**Holt Blackwell**
**510 Lee County Rd, 911**
**Moro, AR 72368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **unpaid wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,693.08** | **$2,693.08** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**

**Ogden, UT 84201-0039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax Period March 31, 2018** |
| --- | --- |

Last 4 digits of account number **2408**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,700.84** | **$2,700.84** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**

**Memphis, TN 38101-0069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Tax Period 2018** |
| --- | --- |

Last 4 digits of account number **2408**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Michael Lewis**
**PO Box 2912**
**Saint Francisville, LA 70775**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **unpaid wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | W Resources, LLC. | | Case number (if known) | 18-10798 |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.88 | $1,726.88 |
|---|---|---|---|---|

**Rodney Ravencraft**
**22731 Ligon Rd**
**Zachary, LA 70791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.72 | $537.72 |
|---|---|---|---|---|

**State of Arkansas, Dept. of**
**Finance & Ad**
**Withholding Tax Section**
**P.O. Box 9941**
**Little Rock, AR 72203-9941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Wage Tax - Delta Duck, LLC**

Last 4 digits of account number **3WHW**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588,955.84 |
|---|---|---|---|

**Arkel International, LLC**
**1055 Convention Street**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 5/19/2017

Last 4 digits of account number _

Basis for the claim:  **Money lent**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.28 |
|---|---|---|---|

**Baton Rouge Metro Airport**
**9430 Jackie Cochran Ste. 300**
**Terminal Building**
**Baton Rouge, LA 70807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4293**

Basis for the claim:  **Land Rental**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BXS Insurance**
**4041 Essen Lane, Suite 400**
**Baton Rouge, LA 70809-7318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4464**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **W Resources, LLC.** | Case number (if known) | **18-10798** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,919,909.00** |
|---|---|---|---|

**Chase**
**c/o JP Hebert**
**P.O. Box 52008**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Guaranty of unpaid debt in subsidiary.__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dorsey Peak**
**ReMax**
**8556 Jefferson Hwy, Suite A**
**Baton Rouge, LA 70809**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/18/2018__

Basis for the claim: __Buy/Sale and Early Occupancy contracts on 11468 Rue Concord Property between W Resources and Gene Ohmstede.__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$742.07** |
|---|---|---|---|

**Entergy**
**c/o Jon Majewski**
**4809 Jefferson Hwy.**
**New Orleans, LA 70121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Electricity for 4303 Chuck Yeager Ave. Baton Rouge, LA__

Last 4 digits of account number __7910__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.43** |
|---|---|---|---|

**Entergy**
**c/o Jon Majewski**
**4809 Jefferson Hwy.**
**New Orleans, LA 70121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Electricity for 22730 Ligon Rd., Zachary, LA__

Last 4 digits of account number __6064__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,081.28** |
|---|---|---|---|

**Evanston Insurance Company**
**4521 Highwoods Parkway**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Commercial Excess Liabilty/Umbrella Coverage__

Last 4 digits of account number __1410__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,243,793.00** |
|---|---|---|---|

**Farmers & Merchants Bank**
**c/o Michelle Jacobs**
**721 South Main Street**
**Stuttgart, AR 72160**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __July 2, 2013__

Basis for the claim: __Guaranty of secured obligation of wholly owned subsidiary Delta Duck Farms, LLC (disputed as management does not have a copy of the guaranty).__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd.**
**Suite 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4464__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| Debtor   **W Resources, LLC.** | Case number (if known)   **18-10798** |
| Name | |

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Hannis T Bourgeois, LLP**
**2322 Tremont Dr.**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number  **36CS**

As of the petition filing date, the claim is: *Check all that apply.*    **$14,559.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Quita Cutrer**
**Burns & Co., Inc. Realtors**
**17400 Memorial Ave**
**Baton Rouge, LA 70810**

Date(s) debt was incurred  **3/18/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Buy/Sale and Early Occupancy contracts on 11468 Rue Concord Property between W Resources and Gene Ohmstede.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Scottsdale Ins. Company**
**8877 North Gainey Center Dr.**
**Scottsdale, AZ 85258**

Date(s) debt was incurred _

Last 4 digits of account number  **9520**

As of the petition filing date, the claim is: *Check all that apply.*    **$3,395.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial General Liability**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Terminix**
**P.O. Box 742592**
**Cincinnati, OH 45274-2592**

Date(s) debt was incurred _

Last 4 digits of account number  **6319**

As of the petition filing date, the claim is: *Check all that apply.*    **$122.64**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Pest Control 510 Lee 911 Rd., Brinkley, Arkansas property (Delta Duck, LLC)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

Date(s) debt was incurred _

Last 4 digits of account number  **4003**

As of the petition filing date, the claim is: *Check all that apply.*    **$454.17**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Electricity for Delta Duck, LLC Arkansas property**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

Date(s) debt was incurred _

Last 4 digits of account number  **4004**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,806.23**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Electricity for Delta Duck, LLC Arkansas property**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

Date(s) debt was incurred _

Last 4 digits of account number  **4007**

As of the petition filing date, the claim is: *Check all that apply.*    **$86.07**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Electricity for Delta Duck, LLC Arkansas property**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | W Resources, LLC. | Case number (if known) | 18-10798 |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $523.60 |
|---|---|---|---|

**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Electricity for Delta Duck, LLC Arkansas property

Last 4 digits of account number  **4008**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.30 |
|---|---|---|---|

**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Electricity for Delta Duck, LLC Arkansas property

Last 4 digits of account number  **4012**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.75 |
|---|---|---|---|

**Woodruff Electric Cooperative Corp**
**3201 Highway 1 N**
**P.O. Box 1619**
**Forrest City, AR 72336-1619**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Electricity for Delta Duck, LLC Arkansas property

Last 4 digits of account number  **4013**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,593.72 |
|---|---|---|---|

**XL Insurance America, Inc.**
**70 Seaview Ave.**
**Stamford, CT 06902-6040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Commercial Property Insurance

Last 4 digits of account number  **A18A**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **William H. Patrick**<br>**650 Poydras Street**<br>**Suite 2500**<br>**New Orleans, LA 70130** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 14,371.48 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,789,908.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,804,280.19 |

**Fill in this information to identify the case:**

Debtor name **W Resources, LLC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **18-10798**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Oil and Gas Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amelia WI, LLC**<br>**c/o Reginald Ringuet**<br>**302 Rue France, Suite 201**<br>**Lafayette, LA 70508** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Oil and Gas Lease assigned from Amelia, WI LLC**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ConocoPhillips Company**<br>**US Corporation Company**<br>**501 Louisiana Avenue**<br>**Baton Rouge, LA 70802** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Lease of Airport Property**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Director of Aviation BR Airport District**<br>**9430 Jackie Cochrane Avenue**<br>**Suite 300, Terminal Building**<br>**Baton Rouge, LA 70807** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Purchase Agreement on real property and improvements located at 11468 Rue Concord, BR LA 70810 that requires payment of remainder of $2mm purchase ($1.975mm) price by 3/21/2019. 7 mos.**<br><br>State the term remaining<br><br>List the contract number of any | **Gene and Linda Ohmstede**<br>**2220 BEAUMONT DR**<br>**Baton Rouge, LA 70806** |

Debtor 1    **W Resources, LLC.**

First Name                 Middle Name                 Last Name

Case number (*if known*)    **18-10798**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for occupancy of Rue Concord property for $6,000/month.** | |
| | State the term remaining | **7 mos.** | |
| | List the contract number of any government contract | | **Gene and Linda Ohmstede 2220 BEAUMONT DR Baton Rouge, LA 70806** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation Insurance** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **LWCC 2237 South Acadian Thruway Baton Rouge, LA 70808** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Grazing Lease** | |
| | State the term remaining | **2 mos.** | |
| | List the contract number of any government contract | | **Mountain View Livestock, Inc. PO Box 597 Choteau, MT 59422** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tiger Den Suite #132 and Alex Box Suite 313** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tiger Athletic Foundation PO Box 711 Baton Rouge, LA 70821** |

Fill in this information to identify the case:

Debtor name    **W Resources, LLC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10798**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Delta Duck Farms, LLC** | **Dwayne M. Murray c/o L. Phillips 301 Main Street, Suite 1600 Baton Rouge, LA 70801** | **Farmers & Merchants Bank** | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |
| 2.2 | **Delta Duck Farms, LLC** | **Dwayne M. Murray c/o L. Phillips 301 Main Street, Suite 1600 Baton Rouge, LA 70801** | **Arkel International, LLC** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.3 | **Kathy Ann Cress Worley** | **c/o Thomas Hessburd 6700 Jefferson Highway, Bld 3 Baton Rouge, LA 70809** | **First Interstate Bank** | ■ D __2.17__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **KGW Equipment Leasing LLC** | **Dwayne Murray C/o L. Phillips 301 MAIN STREET SUITE 1600 Baton Rouge, LA 70801** | **Chase** | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |

Debtor    **W Resources, LLC.**                                  Case number *(if known)*  **18-10798**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Investar | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | NCC Financial | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Farmers & Merchants Bank | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.8 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Arkel International, LLC | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.9 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Chase | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.10 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | First Interstate Bank | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Michael A. Worley | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Sabine State Bank | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **W Resources, LLC.** | Case number *(if known)* | **18-10798** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 | **Michael A. Worley** | c/o Dwayne Murray, Chapter 11 Trustee<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | **Callais Capital Management, LLC** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **W Resources, LLC.**            Case No.    **18-10798**

                   Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dwayne M. Murray, Chapter 11 Trustee**<br>**c/o L. Phillips**<br>**301 MAIN STREET SUITE 1600**<br>**Baton Rouge, LA 70801** | | **100** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 20, 2018**            Signature    **/s/ Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**

                                                   **Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
### (Local Form 1)

In re   **W Resources, LLC.**                                      Case No.   **18-10798**
                                           Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  6  pages, is true and correct. Signed on  August 20, 2018  .**

Signed:   **/s/ Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
          **Dwayne M. Murray, Chapter 11 Trustee for Michael Worley**
          **Manager**


Signed:   **/s/ Paul Douglas Stewart, Jr.**
          **Paul Douglas Stewart, Jr.**
          **Stewart Robbins & Brown, LLC**
          **301 Main Street, Suite 1640**
          **Post Office Box 2348**
          **Baton Rouge, LA 70821**
          Telephone: **(225) 231-9998**
          Facsimile: **(225) 709-9467**
          E-Mail:
          (ATTORNEY FOR THE DEBTOR)

```
United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Office of District Counsel
Box 30509
New Orleans LA 70190

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington DC 20530

David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington DC 20530

Internal Revenue Service*
Box 7346
Philadelphia PA 19101-7346

Amelia WI, LLC
c/o Reginald Ringuet
302 Rue France, Suite 201
Lafayette LA 70508

Arkel International, LLC
1055 Convention Street
Baton Rouge LA 70802

Baton Rouge Metro Airport
9430 Jackie Cochran Ste. 300
Terminal Building
Baton Rouge LA 70807

Brett P. Furr
Taylor, Porter, Brooks & Phillips, LLP
451 Florida St., 8th Floor
Baton Rouge LA 70801

BTR Hanger Properties LLC
Post Office Box 80779
Baton Rouge LA 70898
```

BXS Insurance
4041 Essen Lane, Suite 400
Baton Rouge LA 70809-7318

Callais Capital Management, LLC
c/o David Waguespack & Peter Segrist
1100 Poydras Street, Suite 3100
New Orleans LA 70163

Chase
c/o JP Hebert
P.O. Box 52008
Lafayette LA 70503

ConocoPhillips Company
US Corporation Company
501 Louisiana Avenue
Baton Rouge LA 70802

Daniel Duke
1911 S. Oak St.
Stuttgart AR 72160

Delta Duck Farms, LLC
Dwayne M. Murray c/o L. Phillips
301 Main Street, Suite 1600
Baton Rouge LA 70801

Director of Aviation BR Airport District
9430 Jackie Cochrane Avenue
Suite 300, Terminal Building
Baton Rouge LA 70807

Dorsey Peak
ReMax
8556 Jefferson Hwy, Suite A
Baton Rouge LA 70809

Edward Guidry
4855 Choctaw Rd.
Brusly LA 70719

Entergy
c/o Jon Majewski
4809 Jefferson Hwy.
New Orleans LA 70121

Entergy
c/o Jon Majewski
4809 Jefferson Hwy.
New Orleans LA 70121

Evanston Insurance Company
4521 Highwoods Parkway
Glen Allen VA 23060

Farmers & Merchants Bank
c/o Michelle Jacobs
721 South Main Street
Stuttgart AR 72160

First Insurance Funding
450 Skokie Blvd.
Suite 1000
Northbrook IL 60062

First Interstate Bank
c/o Shane Coleman
401 North 31st Street, Suite 1500
Billings MT 59101

Gene and Linda Ohmstede
2220 BEAUMONT DR
Baton Rouge LA 70806

Gene and Linda Ohmstede
2220 BEAUMONT DR
Baton Rouge LA 70806

Greenway Equipment Inc.
P.O. Box 368
412 S Van Buren
Weiner AR 72479

Hannis T Bourgeois, LLP
2322 Tremont Dr.
Baton Rouge LA 70809

Holt Blackwell
510 Lee County Rd, 911
Moro AR 72368

Hunter Flying Service, LL
P.O. Box 215
Hunter AR 72074

Internal Revenue Service
Ogden UT 84201-0039

Internal Revenue Service
Memphis TN 38101-0069

Investar
c/o Patrick Johnson and Brent Wyatt
601 Poydras Street, Suite 2200
New Orleans LA 70130

Kathy Ann Cress Worley
c/o Thomas Hessburd
6700 Jefferson Highway, Bld 3
Baton Rouge LA 70809

KGW Equipment Leasing LLC
Dwayne Murray C/o L. Phillips
301 MAIN STREET SUITE 1600
Baton Rouge LA 70801

Lee County Water Association
P.O. Box 537
Marianna AR 72360

LWCC
2237 South Acadian Thruway
Baton Rouge LA 70808

Michael A. Worley
c/o Dwayne Murray, Chapter 11 Trustee
301 Main Street, Suite 810
Baton Rouge LA 70801

Michael Lewis
PO Box 2912
Saint Francisville LA 70775

Midway Investments LLC
c/o Darryl J. Carimi
1 Hummingbird Road
Covington LA 70433

Mountain View Livestock, Inc.
PO Box 597
Choteau MT 59422

NCC Financial
Richard D. Tribe
16420 Park Ten Pl Ste 125
Houston TX 77084

Quita Cutrer
Burns & Co., Inc. Realtors
17400 Memorial Ave
Baton Rouge LA 70810

Rodney Ravencraft
22731 Ligon Rd
Zachary LA 70791

Rudy Cerone
Adams & Reese
601 Poydras; 12th Floor
New Orleans LA 70130

Sabine State Bank
c/o John L. Whitehead
P. O. Box 1127
Natchitoches LA 71458

Sanders
P.O. Box 340
Stuttgart AR 72160-0340

Scottsdale Ins. Company
8877 North Gainey Center Dr.
Scottsdale AZ 85258

State of Arkansas, Dept. of Finance & Ad
Withholding Tax Section
P.O. Box 9941
Little Rock AR 72203-9941

Steve Mitchell, Collector
Monroe County, Arkansas
123 Madison
Clarendon AR 72029

Technology Insurance Co.
P.O. Box 93833
Cleveland OH 44101

Terminix
P.O. Box 742592
Cincinnati OH 45274-2592

The Security Advantage
119 Oxbow Landing
Heber Springs AR 72543

Tiger Athletic Foundation
PO Box 711
Baton Rouge LA 70821

Tric-County Farmers Association
P.O. Box 807
Brinkley AR 72021

United MS Bank, c/o Stewart Peck
Christopher Caplinger, Meredith Grabill
601 Poydras Street, Suite 2775
New Orleans LA 70130

William H. Patrick
650 Poydras Street
Suite 2500
New Orleans LA 70130

```
Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

Woodruff Electric Cooperative Corp
3201 Highway 1 N
P.O. Box 1619
Forrest City AR 72336-1619

XL Insurance America, Inc.
70 Seaview Ave.
Stamford CT 06902-6040
```

# United States Bankruptcy Court
## Middle District of Louisiana

In re __W Resources, LLC.__        Case No. __18-10798__

Debtor(s)      Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __W Resources, LLC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 20, 2018__            __/s/ Paul Douglas Stewart, Jr.__

Date              __Paul Douglas Stewart, Jr.__

             Signature of Attorney or Litigant

             Counsel for __W Resources, LLC.__

             __Stewart Robbins & Brown, LLC__
             __301 Main Street, Suite 1640__
             __Post Office Box 2348__
             __Baton Rouge, LA 70821__
             __(225) 231-9998 Fax:(225) 709-9467__